The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:　IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*　　　Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS**
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: _____

Brief description of cause: _____

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:**　[ ] Yes　[ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*　JUDGE _____　DOCKET NUMBER _____

DATE _____　SIGNATURE OF ATTORNEY OF RECORD
*/s/ Katherine Cole Douglas*

**FOR OFFICE USE ONLY**

RECEIPT # _____　AMOUNT _____　APPLYING IFP _____　JUDGE _____　MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____

---

*RELATED CASE, IF ANY:*

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☐

I certify that, to my knowledge, the within case ☐ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____   */s/ Katherine Cole Douglas*   _____
                                *Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

A.   *Federal Question Cases:*

☐ 1.  Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2.  FELA
☐ 3.  Jones Act-Personal Injury
☐ 4.  Antitrust
☐ 5.  Patent
☐ 6.  Labor-Management Relations
☐ 7.  Civil Rights
☐ 8.  Habeas Corpus
☐ 9.  Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
       *(Please specify):* _____

B.   *Diversity Jurisdiction Cases:*

☐ 1.  Insurance Contract and Other Contracts
☐ 2.  Airplane Personal Injury
☐ 3.  Assault, Defamation
☐ 4.  Marine Personal Injury
☐ 5.  Motor Vehicle Personal Injury
☐ 6.  Other Personal Injury *(Please specify):* _____
☐ 7.  Products Liability
☐ 8.  Products Liability – Asbestos
☐ 9.  All other Diversity Cases
       *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____   *Sign here if applicable*   _____
                                *Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

**APPENDIX I**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | |
|---|---|
| JENNIFER COLLINS AND DANIEL COLLINS<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)  Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.                     ( )

(b)  Social Security – Cases requesting review of a decision of the Secretary of Health
     and Human Services denying plaintiff Social Security Benefits                          ( )

( c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                   ( )

(e)  Special Management – Cases that do not fall into tracks (a) through (d) that are
     commonly referred to as complex and that need special or intense management by
     the court.  (See reverse side of this form for a detailed explanation of special
     management cases.)                                                                     ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.         ( X )

| | | |
|---|---|---|
| **1/27/21** | **/s/ Katherine Cole Douglas** | **Attorney for Defendant** _____ |
| **Date** | **Katherine Cole Douglas, Esq.** | **State Farm Mutual Automobile Ins. Co.** |
| | | |
| **(215) 561-4300** | **(215) 561-6661** | **douglas@bbs-law.com** |
| **Telephone** | **FAX Number** | **E-Mail Address** |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER COLLINS AND<br>DANIEL COLLINS<br>2721 Berkshire Street<br>Philadelphia, PA 19137<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY<br>1 State Farm Drive<br>Concordville, PA 19339 | NO. |

## NOTICE OF REMOVAL

AND NOW comes the defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), for the purpose only of removing this case to the United States District Court for the Eastern District of Pennsylvania, and respectfully avers as follows:

1. Plaintiffs Jennifer Collins and Daniel Collins initiated this action by filing a Complaint on November 23, 2020 in the Court of Common Pleas of Philadelphia County, Pennsylvania at November Term, 2020 No. 002001 (E-Filing No. 2011037791). A copy of the Complaint is attached hereto as Exhibit 1.

2. On or about December 1, 2020, plaintiffs filed a motion to amend their Complaint as they determined that there were errors which needed to be corrected in the original complaint before service of the complaint upon State Farm. See, Exhibit 2, motion to amend.

3. On December 28, 2020, this Court entered an Order permitting plaintiffs to file their Amended Complaint within thirty (30) days. See, Exhibit 3, Order.

4. On December 29, 2020, plaintiffs filed their Amended Complaint. See, Exhibit 4.

5.     On December 29, 2020, counsel for State Farm accepted service of the amended complaint. See, Exhibit 5, Acceptance of Service.

6.     Defendant has been served with no process, pleadings or filings in this matter except as mentioned above.

7.     This Notice of Removal is timely under 28 U.S.C. §1446(b) as it is being filed within thirty (30) days of service of the Amended Complaint.

8.     State Farm Mutual Automobile Insurance Company is now, and was at the time plaintiffs commenced this civil action, a mutual insurance company organized under the laws of the state of Illinois with its principal place of business located at One State Farm Plaza, Bloomington, McLean County, Illinois 61710 and therefore, is a citizen and resident of Illinois for purposes of determining diversity under 28 U.S.C. §1332(c)(1).

9.     Plaintiffs Jennifer and Daniel Collins were at the time of filing of this suit and are now, citizens and residents of the Commonwealth of Pennsylvania.

10.    Plaintiff Jennifer Collins seeks uninsured motorist benefits as compensation for injuries allegedly sustained on March 3, 2017 in a motor vehicle accident caused by an uninsured motorist. See, Amended Complaint at Exh. 4. Plaintiff Daniel Collins seeks compensation for loss of his wife's consortium. Id. In Count III, plaintiffs seek a recovery under 42 Pa.C.S. § 8371 for State Farm's alleged bad faith. Id.

11.    The amount in controversy in this matter is in excess of Seventy-Five Thousand Dollars ($75,000) exclusive of interest and costs, in that plaintiffs allege in their Amended Complaint:

    (a)    That Jennifer Collins suffered serious injuries in the accident, including but not limited to a traumatic brain injury, concussion, nausea, bruises and contusions, tinnitus, hearing loss, loss of memory, cervical and lumbar sprains and strains, disc protrusion and annular tear at L3-L4 impinging

              upon the nerve root at L3, low back disc herniation with radiculopathy and disc bulging and shock to her nerves, some or all of which may be permanent in nature;

      (c)      That the accident was the fault of an uninsured motorist, thus entitling plaintiffs to recover under the uninsured motorist coverages of two State Farm policies which together provide coverage of up to $325,000;

      (d)      That plaintiffs' claims have a value in excess of $40,000, the amount offered by State Farm to settle; *and*

      (e)      That State Farm's handling of the claim was in bad faith, entitling plaintiffs to make a recovery of punitive and other damages under Pennsylvania's bad faith statute, 42 Pa.C.S. § 8371.

See, Exhibit 4.

12. This is a suit of a civil nature and involves a controversy between citizens of different states.

13. State Farm files this Notice of Removal pursuant to 28 U.S.C. §1446(b).

14. The averments made herein are true and correct with respect to the date upon which the Amended Complaint was filed and continuously through the date upon which this Notice is being filed.

15. Defendant is simultaneously with the filing of this Notice giving written notice to the plaintiffs through their attorneys.

16. Defendant is filing a copy of the instant Notice of Removal, and all attachments thereto, with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania.

WHEREFORE, defendant State Farm Mutual Automobile Insurance Company hereby removes this suit to this Honorable Court pursuant to the laws of the United States.

**Respectfully Submitted:**

**BENNETT, BRICKLIN & SALTZBURG LLC**

By: *Katherine Cole Douglas /s/*

KATHERINE COLE DOUGLAS
Attorney I.D. No. PA 58913
Centre Square, West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA 19102
215-561-4300
douglas@bbs-law.com
Attorney for Defendant,
State Farm Mutual Automobile
Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER COLLINS AND DANIEL COLLINS<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | NO. |

### NOTICE TO PLAINTIFFS

TO: Jennifer Collins and Daniel Collins
c/o Christy Adams, Esquire
ADAMS RENZI LAW
1429 Walnut Street, 14th Floor
Philadelphia, PA 19102

Please take notice that defendant, State Farm Mutual Automobile Insurance Company, by its attorneys Bennett, Bricklin & Saltzburg LLC, has filed a Notice of Removal in the United States District Court for the Eastern District of Pennsylvania regarding an action previously pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, November Term, 2020 No. 002001 (E-Filing No. 2011037791) captioned <u>Jennifer Collins and Daniel Collins v. State Farm Mutual Automobile Insurance Company</u>.

**BENNETT, BRICKLIN & SALTZBURG LLC**

By: *Katherine Cole Douglas /s/*
KATHERINE COLE DOUGLAS
Attorney I.D. No. PA 58913
Centre Square, West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA 19102
215-561-4300
douglas@bbs-law.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER COLLINS AND DANIEL COLLINS<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | NO. |

## PROOF OF FILING

Katherine Cole Douglas, Esquire, being duly sworn according to law, deposes and says that she is an attorney in the law firm of Bennett, Bricklin & Saltzburg LLC, attorneys for defendant, State Farm Mutual Automobile Insurance Company, and that she did direct the filing with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania a copy of the Notice of Removal attached hereto, said filing being made electronically on January 27, 2021.

                                        BENNETT, BRICKLIN & SALTZBURG LLC

                                        *Katherine Cole Douglas /s/*
By: _____
                                        KATHERINE COLE DOUGLAS
                                        Attorney I.D. No. PA 58913
                                        Attorney for Defendant,
                                        State Farm Mutual Automobile
                                        Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER COLLINS AND DANIEL COLLINS<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | NO. |

## PROOF OF SERVICE

Katherine Cole Douglas, Esquire, after being first duly sworn upon oath, deposes and says that she is a member of the law firm of Bennett, Bricklin & Saltzburg LLC, attorneys for the defendant, State Farm Mutual Automobile Insurance Company, and that she did caused to be served this 27th day of January, 2021 the aforementioned Notice to Plaintiffs upon the individuals named below via electronic service through the Court of Common Pleas of Philadelphia County.

Jennifer Collins and Daniel Collins
c/o Christy Adams, Esquire
ADAMS RENZI LAW
1429 Walnut Street, 14th Floor
Philadelphia, PA 19102

**BENNETT, BRICKLIN & SALTZBURG LLC**

By: *Katherine Cole Douglas /s/*
KATHERINE COLE DOUGLAS
Attorney I.D. No. PA 58913
Attorney for Defendant,
State Farm Mutual Automobile
Insurance Company