IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER COLLINS | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY | : | NO. 21CV354 |
| Defendant | : | |

### C I V I L  J U D G M E N T

Before the Honorable Timothy R. Rice

AND NOW, this 29th day of March 2022, in accordance with the jury verdict,

IT IS ORDERED that Judgment is entered in favor of the Plaintiff in amount of **$118,000.00**.

BY THE COURT

ATTEST:

\s\ Donna Marie Croce
Donna Marie Croce
Deputy Clerk to the
Honorable Timothy R. Rice
U.S. Magistrate Judge