IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER COLLINS AND DANIEL COLLINS | : : : |
| vs. | : : |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | : No: 2:21-CV-00354 : |

## SATISFACTION OF JUDGMENT

Judgement in the amount of $118,000 was entered in favor of plaintiff, Jennifer Collins, and against defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), on March 29, 2022. Thereafter plaintiff filed a bill of costs and then an amended bill of costs in the amount of $2,508.47. State Farm has paid both the $118,000 judgment and the $2,508.47 amended bill of costs. Therefore, the judgment in the above matter should be marked satisfied.

ADAMS RENZI LAW

BY: _____
Christy Adams, Esquire